DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Matthew.McCarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 18-00329 JD |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA HEARING |
| v. | ) | |
| TUC TRUONG, | ) | |
| Defendant. | ) | |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS HEARING
CR 18-00329 JD

The above-captioned case is currently scheduled for a change of plea hearing on June 26, 2019. The parties are working diligently toward resolving this matter. As a part of that process, the defendant has recently asked the government to provide some additional information, and the government is gathering responsive materials to produce. The parties therefore need additional time to review these materials and finalize their discussions, and the government will need time to obtain the necessary approvals for any proposed disposition.

The parties now respectfully ask the Court to continue the change of plea conference currently set for June 24, 2019 to July 31, 2019. The Court's Courtroom Deputy has advised the parties that July 31 is an available date on the Court's calendar.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from June 26, 2019 through July 31, 2019 for effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47 2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.


DATED 6-24-2019

                                        United States Attorney
                                        Northern District of California


                                        /s/
                                        MATTHEW L. McCARTHY
                                        Assistant United States Attorney



DATED 6-24-2019                         /s/
                                        JOYCE LEAVITT
                                        Attorney for Defendant Tuc Truong

**[PROPOSED] ORDER**

For good cause shown, this matter shall be added to the Court's calendar on July 31, 2019 at  10:30 AM  for a change of plea hearing.

In addition, for the reasons stated above, the Court finds that an exclusion of time from June 24, 2019 through July 31, 2019 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED June 25, 2019

HON. JAMES DONATO
United States District Court Judge

[PROPOSED] STIPULATED ORDER CONTINUING STATUS HEARING
CR 18-00329 JD